THE JARL COMPANY, Appellant, *v.* VILLAGE OF CROTON-ON-HUDSON et al., Respondents.

J. LAURA J. STARKE BELKNAP, Appellant, *v.* VILLAGE OF CROTON-ON-HUDSON et al., Respondents.

ALICE DAVIS, Appellant, *v.* VILLAGE OF CROTON-ON-HUDSON et al., Respondents.

(Argued May 25, 1933; decided June 13, 1933.)

*Alexander S. Andrews* for The Jarl Company, appellant.

*Thomas G. Barnes* for J. Laura J. Starke Belknap, appellant.

*Herman Tocker* for Alice Davis, appellant.

*Edgar A. B. Spencer* and *Maurice Iserman* for respondents.

no opinion.

Concur: POUND, Ch. J., KELLOGG, O'BRIEN and CROUCH, JJ. Dissenting: CRANE and LEHMAN, JJ. Not sitting: HUBBS, J.